Fill in this information to identify your case:

United States Bankruptcy Court for the:

WESTERN DISTRICT OF LOUISIANA

Case number *(if known)* _____ Chapter **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **American Screening, LLC** |

| | | |
|---|---|---|
| 2. | All other names debtor used in the last 8 years <br> Include any assumed names, trade names and *doing business as* names | **DBA  American Screening Corporation** <br> **DBA  ASC** |

| | | |
|---|---|---|
| 3. | Debtor's federal Employer Identification Number (EIN) | **20-0619862** |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **9742 Saint Vincent Ave., Suite 100** <br> **Shreveport, LA 71106** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Caddo** <br> County | Location of principal assets, if different from principal place of business <br><br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | **www.americanscreeningcorp.com** |

| | | |
|---|---|---|
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

**7.**  **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

**11.  Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**  _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency  _____
Contact name  _____
Phone  _____

---

### ◼ Statistical and administrative information

**13.  Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of creditors**

☐ 1-49
☑ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15.  Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,000 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16.  Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

☐ $50,001 - $100,000            ■ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000           ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million         ☐ $100,000,001 - $500 million       ☐ More than $50 billion

| **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 7, 2023**
              MM / DD / YYYY

**X** **/s/ Ronald Kilgarlin, Jr.**                          **Ronald Kilgarlin, Jr.**
      Signature of authorized representative of debtor        Printed name

Title   **Managing Member**

**18. Signature of attorney**

**X** **/s/ Kell C. Mercer**                          Date   **April 7, 2023**
      Signature of attorney for debtor                        MM / DD / YYYY

**Kell C. Mercer**
Printed name

**Kell C. Mercer, P.C.**
Firm name

**901 S Mopac Expy Bldg 1 Ste 300**
**Austin, TX 78746**
Number, Street, City, State & ZIP Code

Contact phone   **(512) 627-3512**      Email address   **kell.mercer@mercer-law-pc.com**

**Tex. Bar No. 24007668**
Bar number and State

# UNANAMOUS WRITTEN CONSENT RESOLUTIONS
## OF SOLE MANAGING MEMBER

**of**

## AMERICAN SCREENING, LLC

March 23, 2023

In lieu of a meeting, the below signed sole Managing Member, Ronald Kilgarlin, Jr., of American Screening, LLC (the "**Company**") does hereby approve and adopt the following consent resolutions:

**RESOLVED**, that in the judgment of the Managing Member, it is desirable and in the best interests of the Company, its creditors, members and other interested parties, that the Company be authorized and empowered to file, at such time as it is deemed necessary by the appropriate officer of the Company, a petition for relief (the "Petition") under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Western District of Louisiana, Shreveport Division (the "Bankruptcy Court");  and it is further

**RESOLVED**, that Ronald Kilgarlin, Jr., the Managing Member, is hereby authorized, directed and empowered, on behalf of and in the name of the Company, (i) to execute and verify the Petition and cause the Petition to be filed with the Bankruptcy Court and (ii) to perform any and all such acts as are reasonable, advisable, expedient, convenient, proper and necessary to effect any of the foregoing; and it is further

**RESOLVED**, that Ronald Kilgarlin, Jr., the Managing Member, is authorized, directed and empowered, on behalf of and in the name of the Company, to execute, verify and file or cause to be filed all other reasonable and customary applications, schedules, lists, motions and other papers and documents; and it is further

**RESOLVED**, that Ronald Kilgarlin, Jr., the Managing Member, is hereby authorized, directed and empowered to open any new bank accounts, as needed, to be designated as "Debtor-in-Possession" bank accounts pursuant to the filing of the petition under Chapter 11 of the Bankruptcy Code, and to include Shuler Page, Manager as the signing party on such accounts, as representative of the Company; and it is further

**RESOLVED**, that Ronald Kilgarlin, Jr., the Managing Member, has previously been authorized, directed and empowered to retain on behalf of the Company, Kell C. Mercer and the law firm of Kell C. Mercer, P.C. as bankruptcy counsel, to represent the Company in the aforesaid Chapter 11 bankruptcy case and all other related matters in connection therewith and such other terms and conditions as the officers shall deem advisable. That decision is hereby memorialized and ratified; and it is further

**RESOLVED**, that Ronald Kilgarlin, Jr., the Managing Member, is authorized and empowered, for and on behalf of the Company, to execute and file all such instruments and documents, to make

1

all payments, to enter into all agreements and to do or cause to be done all acts and things that may be necessary or appropriate to carry out the purposes of the foregoing resolutions.

Dated this March 23, 2023

Ron Kilgarlin

Ronald Kilgarlin, Jr.
Managing Member of American Screening, LLC

2

Debtor name   **American Screening, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF LOUISIANA

Case number (if known)   _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule* ____

■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 7, 2023**      X **/s/ Ronald Kilgarlin, Jr.**
                                          Signature of individual signing on behalf of debtor

                                          **Ronald Kilgarlin, Jr.**
                                          Printed name

                                          **Managing Member**
                                          Position or relationship to debtor

Fill in this information to identify the case:

Debtor name **American Screening, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF LOUISIANA**

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Federal Trade Commission 600 Pennsylvania Avenue, NW Washington, DC 20580 | | Judgment in Lawsuit (See Sofa Question 7) | Contingent Unliquidated Disputed | | | $14,651,185.42 |
| Azure Biotech Inc (1AZUBIO) Azure Biotech Inc. 10400 Main Street Houston, TX 77025 | | | | | | $2,097,790.17 |
| American Express PO Box 6031 Carol Stream, IL 60197-6031 | | | | | | $422,750.71 |
| CIT Bank a Division of First-Citizens B&T 10201 Centurion Pkwy N, Ste 100 32256 | | | | | | $204,199.00 |
| Phase Scientific 10527 Garden Grove Boulevard Garden Grove, CA 92843 | | | | | | $146,973.80 |
| FEDEX FRT Dept Ch Box 10306 Palatine, IL 60055-0306 | | | | | | $103,859.31 |
| Chase Bank c/o Cardmember Service P.O. Box 15123 Wilmington, DE 19850-5123 | | Credit Card - Corporate | | | | $62,769.13 |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **MICROGENICS CORP (2THEFIS) Bank of America 7055 Collections Center Dr Chicago, IL 60693** | | | | | | **$56,825.41** |
| **VERSEA Holdings, Inc. c/o Joshua P. Cittadino, Esq. Sanvernero & Cittadino 228 Maple Ave Red Bank, NJ 07701** | | See SOFA Question No. 7 | Contingent Disputed | | | **$44,650.59** |
| **Chase Bank PO Box 94014 Palatine, IL 60094** | | Land Rover - Range Rover | | $162,479.00 | $124,000.00 | $38,479.00 |
| **Abbott Toxicology(2ALETOX) PO BOX 734598 Chicago, IL 60673-4598** | | | | | | **$36,288.47** |
| **HiTech 316 E. Georgia Ave Ruston, LA 71270** | | | | | | **$36,187.50** |
| **ACON LABS (2ACOLAB) 10125 MESA RIM ROAD SAN DIEGO, CA 92121** | | | | | | **$33,944.83** |
| **STAFFMARK INVESTMENT LLC PO BOX 734575 Chicago, IL 60673-4575** | | | | | | **$28,068.16** |
| **CTS GLOBAL SUPPLY CHAIN 6920 BRASADA DR STE 200 Houston, TX 77085** | | | | | | **$23,798.54** |
| **BioMed Resource(1BIORES) 6646 Doolittle Ave Riverside, CA 92503** | | | | | | **$22,223.50** |
| **W.H.P.M. (2WHPINC) 5358 Irwindale Ave Irwindale, CA 91706** | | | | | | **$22,114.10** |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **MEDLINE INDUSTRIES(2MEDIND) One Medline Place Mundelein, IL 60060** | | | | | | **$20,027.77** |
| **BSI GROUP AMERICA (3BSIGRO) DEPT CH 19307 Palatine, IL 60055** | | | | | | **$18,950.00** |
| **ORASURE TECH(2ORATEC) PO BOX 780518 Philadelphia, PA 19178-0518** | | | | | | **$12,750.06** |

Debtor name     **American Screening, LLC**

United States Bankruptcy Court for the:     WESTERN DISTRICT OF LOUISIANA

Case number (if known)     _____

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*....................................................................................    $     **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................    $     **9,100,921.93**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*...................................................................................    $     **9,100,921.93**

| Part 2: | Summary of Liabilities |
|---|---|

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $     **6,665,083.61**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...............................................    $     **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................    +$     **20,586,715.95**

4.   **Total liabilities** .....................................................................................................
    Lines 2 + 3a + 3b      $     **27,251,799.56**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **American Screening, LLC** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF LOUISIANA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property  **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Chase Bank** | **Checking** | **2243** | **$611,365.63** |
| 3.2. | **Chase Bank** | **Checking** | **6447** | **$1,394,774.10** |
| 3.3. | **Iberia Bank** | **First Horizon** | **8279** | **$25,071.00** |
| 3.4. | **First Horizon** | **Checking** | **8287** | **$116.33** |
| 3.5. | **Iberia Bank** | **Checking** | **8295** | **$115.08** |
| 3.6. | **Chase Bank** | **Savings** | **7571** | **$0.00** |
| 3.7. | **Chase Bank** | **Savings** | **7365** | **$0.00** |

| 3.8. | **Chase Bank** | Checking | 7233 | $0.00 |
|------|----------------|----------|------|-------|

4.      **Other cash equivalents** *(Identify all)*

5.      **Total of Part 1.**

| |
|---|
| **$2,031,442.14** |

        Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | **Deposits and Prepayments** |

**6. Does the debtor have any deposits or prepayments?**

☑ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | **Accounts receivable** |

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

11.     **Accounts receivable**

        11a. 90 days old or less:        **508,674.85**        -        **0.00**        = ....        **$508,674.85**

        face amount        doubtful or uncollectible accounts

        11b. Over 90 days old:        **622,124.80**        -        **223,240.50**        = ....        **$398,884.30**

        face amount        doubtful or uncollectible accounts

12.     **Total of Part 3.**

| |
|---|
| **$907,559.15** |

        Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | **Investments** |

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------|------------------------------------------------------|-----------------------------------------|------------------------------------|

19.     **Raw materials**

20.     **Work in progress**

21.     **Finished goods, including goods held for resale**

| Inventory (drug testing cups, saliva tests, dip testing kits, testing collection items) | December 2022 | $3,175,120.02 | | $3,175,120.02 |
|---|---|---|---|---|
| Prohibited Sale Items | | Unknown | | Unknown |

22.   **Other inventory or supplies**

23.   **Total of Part 5.**
Add lines 19 through 22.  Copy the total to line 84.

$3,175,120.02

24.   **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25.   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.   **Office furniture**<br>**Office Furniture and Warehouse Racks** | $49,800.00 | | $39,840.00 |
| 40.   **Office fixtures** | | | |
| 41.   **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Software Asset (drug testing)** | Unknown | | Unknown |
| Furniture, Fixtures, Equipment | $300,945.66 | | $300,945.66 |
| Reveal Check Software | $30,000.00 | | $30,000.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**

    Add lines 39 through 42. Copy the total to line 86.

    | $370,785.66 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ■ No

    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ■ No

    ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No. Go to Part 9.

    ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **Land Rover - Range Rover 2023 - VIN SALK1BE74PA022247** | $155,000.00 | | $124,000.00 |
| 47.2.  **Mercedes GLS 450 2022 - VIN 4JGFF5KE6NA654691** | $77,679.00 | | $62,143.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**

    Add lines 47 through 50. Copy the total to line 87.

    | $186,143.00 |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ■ No

    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ■ No

    ☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

    ■ No. Go to Part 10.

    ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>**Trademarks:**<br>**ASC - Serial Number 88729320 / Registration Number 6242834**<br>**AMERICANSCREENING - Serial Number 88729706**<br>**American Screening Corporation - Serial Number 77443673 / Registration Number 3596800**<br>**SALIVASCAN - Serial Number 88159237 / Registration Number 5823398**<br>**ORALSCAN - Serial Number 88159246 / Registration Number 5823399**<br>**PRECISION DX - Serial Number 87738447 / Registration Number 5704592**<br>**DISCOVER - Serial Numbers 87590201 & 86102161 / Registration Numbers 5490299 & 5105338**<br>**SWABSCAN - Serial Number 87590183 / Registration Number 5493892**<br>**NETSCAN - Serial Number 87590206 / Registration Number 5433300**<br>**TRUCHEK - Serial Numbers 86102184 & 860102184 / Registration Numbers 4709107 & 4611119**<br>**GATOR DUST - Serial Number 86364704 / Registration Number 5082663**<br>**REVEAL-MINI - Serial Number 85740378 / Registration Number 4441278**<br>**ONESCREEN - Serial Number 77176041 / Registration Number 3509429**<br>**REVEAL DX - Serial Number 87444651**<br>**QUICKSCAN - Serial Number 87383126** | **Unknown** | | **Unknown** |
| 61. **Internet domain names and websites**<br>**americanscreeningcorp.com** | **Unknown** | | **Unknown** |
| **See attached Schedule 61** | **Unknown** | | **Unknown** |
| 62. **Licenses, franchises, and royalties** | | | |

> **MDSAP (Medical Device Single Audit Program)/ISO (International Standards Organization Registration) (certification from Intertek) No 13485:2016**
> **Health Canada (License No. 101872, 101874, 102996**
> **Cofepris (Health Register No. 1581R2021 SSA)**
> **Centers for Medicare and Medicaid Services (CMS) (CLIA ID No. 19D2242697)**
> **Louisiana Board of Drug and Device Distributors (License No. 9672)**
> **General Services Administration (GSA) Advantage Contract No. GS-07F-0008W**    Unknown    N/A    Unknown

| | | |
|---|---|---|
| 63. | **Customer lists, mailing lists, or other compilations** | |
| 64. | **Other intangibles, or intellectual property** | |
| 65. | **Goodwill** | |

66.    **Total of Part 10.**    $0.00

Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| 71.    **Notes receivable**<br>Description (include name of obligor) | |
| 72.    **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73.    **Interests in insurance policies or annuities** | |
| 74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**<br>**KKB Partners, LLC, Krazyhouse, LLC, Petal Trading Company, Inc., Fernando Campos, Michael R. Lauter and Peter S. Spenser** | $142,755.00 |
| Nature of claim    **Business Tort Claims** | |
| Amount requested    **$142,755.00** | |

**Yiwu Jiahong Trading Co., Ltd - $1,275,000**
**Luminostics, Inc. d/b/a Clip Health and Tim Fitzpatrick -**
**$55,875**
**Safecare - $612,890**
**LeoPont - $10,000**
**Global Canabanoids - $141,523.20**
**Global Protective Equipment - $75,631**
**Joel Howard d/b/a Employment Screening Management**
**- $35,852.22**                                                                    **$2,206,771.42**

| Nature of claim | **Commercial Claims** |
|---|---|
| Amount requested | **$2,206,771.42** |

**AOSS Medical Supply, LLC ( Pending in Fourth Judicial**
**District Court, Monroe, Louisiana) C-10201336 (See**
**SOFA Question No. 7)**                                                             **$80,345.54**

| Nature of claim | **Commercial Claims** |
|---|---|
| Amount requested | **$80,345.54** |

75.    **Other contingent and unliquidated claims or causes of action of**
       **every nature, including counterclaims of the debtor and rights to**
       **set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
       country club membership

78.    **Total of Part 11.**                                                        | **$2,429,871.96** |

       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

            Name

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $2,031,442.14 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $907,559.15 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $3,175,120.02 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $370,785.66 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $186,143.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $2,429,871.96 | |
| 91. **Total.** Add lines 80 through 90 for each column | $9,100,921.93 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $9,100,921.93 |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Domain Name |
| --- |
| alldrugstest.com |
| americandrugscreening.biz |
| americandrugscreening.info |
| americandrugscreening.mobi |
| americandrugscreening.net |
| americandrugscreening.org |
| americandrugscreening.us |
| americandrugstest.com |
| americanscreening.net |
| americanscreeningcorp.biz |
| americanscreeningcorp.com |
| americanscreeningcorp.info |
| americanscreeningcorp.net |
| ascbackgroundchecks.com |
| ascdiagnostics.com |
| ascdrugtest.com |
| ascmkt.com |
| asconepay.com |
| biostatlab.com |
| biostatlab.net |
| biostatlab.us |
| biostatlaboratories.com |
| biostatlaboratories.info |
| biostatlaboratories.net |
| biostatlaboratories.org |
| biostatlaboratories.us |
| biostatlaboratory.com |
| biostatlaboratory.us |
| biostatlabs.com |
| biostatlabs.net |
| biostatmarketinggroup.com |
| biostatslab.net |
| biostatusa.com |
| biostatusa.us |
| buygatordust.com |
| discoverdrugtest.com |
| gatorseason.com |
| gatorseasoning.com |
| hairchek.com |
| onescreencup.com |
| onescreencup.net |
| onescreendip.com |
| onescreendip.net |
| onescreendrugtest.com |
| onescreendrugtest.net |
| onescreendrugtests.net |

| Domain Name |
| --- |
| precisedrugscreen.com |
| precisedrugscreens.com |
| precisiondrugtest.com |
| revealdrugtest.com |
| revealhomechek.com |
| testhealthynews.com |
| theamericandrugscreening.com |
| theamericanscreening.net |
| theamericanscreeningcorp.com |
| theonescreendrugtest.net |
| transmeddrugtest.com |
| truchekdrugtest.com |
| waivedtest.com |

Fill in this information to identify the case:

Debtor name **American Screening, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF LOUISIANA

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

| 2.1 | **Ally Financial** | | |
|---|---|---|---|
| | Creditor's Name | | |
| | **P.O. Box 380902**<br>**Minneapolis, MN**<br>**55438-0902** | Describe debtor's property that is subject to a lien<br>**Mercedes GLS 450** | **$54,292.96**  **$62,143.00** |
| | Creditor's mailing address | | |
| | | Describe the lien | |
| | | | |
| | | Is the creditor an insider or related party? | |
| | Creditor's email address, if known | ☑ No<br>☐ Yes | |
| | | Is anyone else liable on this claim? | |
| | **Date debt was incurred** | ☑ No | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |
| | **Last 4 digits of account number** | | |
| | **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is:<br>Check that all apply | |
| | ☑ No | ☐ Contingent | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated<br>☐ Disputed | |

| 2.2 | **Chase Bank** | | |
|---|---|---|---|
| | Creditor's Name | | |
| | **PO Box 94014**<br>**Palatine, IL 60094** | Describe debtor's property that is subject to a lien<br>**Land Rover - Range Rover** | **$162,479.00**  **$124,000.00** |
| | Creditor's mailing address | | |
| | | Describe the lien | |
| | | | |
| | | Is the creditor an insider or related party? | |
| | Creditor's email address, if known | ☑ No<br>☐ Yes | |
| | | Is anyone else liable on this claim? | |
| | **Date debt was incurred** | ☑ No | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |
| | **Last 4 digits of account number** | | |
| | **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is:<br>Check that all apply | |

☐ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **First Horizon Commercial Lending** | | |
|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**               $1,057,404.79

**Inventory, equipment, accounts, deposit accounts, investment property, money, other rights to payment and performance, and general intangibles, fixtures, attachments, accessions, accessories, fittings, products and proceeds**

**320 Texas Street**
**Shreveport, LA 71101**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**May 6, 2021**

**Last 4 digits of account number**

**1481**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Unliquidated

☐ Disputed

---

| 2.4 | **First Horizon Commercial Lending** | | |
|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**               $5,240,906.86

**320 Texas Street**
**Shreveport, LA 71101**

Creditor's mailing address

**Inventory, equipment, accounts, deposit accounts, investment property, money, other**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**May 6, 2021**

**Last 4 digits of account number**

**1478**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Unliquidated

☐ Disputed

---

| 2.5 | **US Small Business Administration** | | |
|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**        $150,000.00        $0.00

**409 3rd Street SW**
**Washington, DC 20416**

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Creditor's mailing address | **Describe the lien** |
| --- | --- |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     $6,665,083.61

**Part 2:**    **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| | | |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                 Best Case Bankruptcy

| Fill in this information to identify the case: |

| | |
|---|---|
| Debtor name | **American Screening, LLC** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF LOUISIANA |
| Case number (if known) | |

☐ Check if this is an
amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:     List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | **Priority creditor's name and mailing address**<br>**Caddo Parish Louisiana**<br>**505 Travis Street, Suite 800**<br>**Shreveport, LA 71101** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |
| 2.2 | **Priority creditor's name and mailing address**<br>**Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | |
|---|---|---|---|

**2.3** Priority creditor's name and mailing address

**Louisiana Dep't of Revenue**
**617 N 3d Street**
**Baton Rouge, LA 70802**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:**    List All Creditors with NONPRIORITY Unsecured Claims

  **3.**   List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
     out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

**Abbott Toxicology(2ALETOX)**
**PO BOX 734598**
**Chicago, IL 60673-4598**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Last 4 digits of account number **2804**

Is the claim subject to offset? ■ No ☐ Yes

**$36,288.47**

---

**3.2** Nonpriority creditor's name and mailing address

**ACON LABS (2ACOLAB)**
**10125 MESA RIM ROAD**
**SAN DIEGO, CA 92121**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Last 4 digits of account number **1011**

Is the claim subject to offset? ■ No ☐ Yes

**$33,944.83**

---

**3.3** Nonpriority creditor's name and mailing address

**ADVANCED COMPUTER(3ADVCOM)**
**1333 College Pkwy #111**
**Gulf Breeze, FL 32563**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Last 4 digits of account number **1015**

Is the claim subject to offset? ■ No ☐ Yes

**$1,079.50**

---

**3.4** Nonpriority creditor's name and mailing address

**AFS Logistics (3AFSOL)**
**PO Box 18170**
**Shreveport, LA 71138**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Last 4 digits of account number **0154**

Is the claim subject to offset? ■ No ☐ Yes

**$11,590.77**

---

**3.5** Nonpriority creditor's name and mailing address

**AI Holdings Group, Inc**
**245 N Highland Ave NE STE 230-186**
**ATLANTA, GA 30307**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Last 4 digits of account number **0121**

Is the claim subject to offset? ■ No ☐ Yes

**$4,365.00**

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,080.00 |
|---|---|---|---|

**ALG HEALTH**
**520 WEST MULBERRY STREET**
**Bryan, OH 43506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **0025**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,949.22 |
|---|---|---|---|

**Alltests North America**
**15A Melanie Lane Unit 6**
**East Hanover, NJ 07936**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **1035**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $148.50 |
|---|---|---|---|

**Altus Receivables Management (3ALTGLO)**
**2121 Airline Drive**
**Suite 520**
**Metairie, LA 70001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **1036**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $422,750.71 |
|---|---|---|---|

**American Express**
**PO Box 6031**
**Carol Stream, IL 60197-6031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **1046**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**AOSS Medical Supply, LLC**
**4971 Central Avenue**
**Monroe, LA 71203**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Litigation - See SOFA Question No. 7**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,000.00 |
|---|---|---|---|

**APPTOLOGY**
**2135 Top Court**
**Folsom, CA 95630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **3307**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,513.01 |
|---|---|---|---|

**ArcBest (2ARCBST)**
**PO BOX 19087**
**Shreveport, LA 71149**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **0057**

Is the claim subject to offset? ■ No ☐ Yes

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39.00 |
|------|------------------------------------------------|---------------------------------------------------------------------|--------|
| | **ATT WIRELESS (3ATTWIR)**<br>**PO Box 6463**<br>**CAROL STREAM, IL 60197-6463** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __1071__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,097,790.17 |
|------|------------------------------------------------|---------------------------------------------------------------------|---------------|
| | **Azure Biotech Inc (1AZUBIO)**<br>**Azure Biotech Inc.**<br>**10400 Main Street**<br>**Houston, TX 77025** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __2642__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $352.86 |
|------|------------------------------------------------|---------------------------------------------------------------------|---------|
| | **Binxhealth (2Binhea)**<br>**77 N Washington St f5,**<br>**Boston, MA 02114** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __0146__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,223.50 |
|------|------------------------------------------------|---------------------------------------------------------------------|------------|
| | **BioMed Resource(1BIORES)**<br>**6646 Doolittle Ave**<br>**Riverside, CA 92503** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __2832__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,914.00 |
|------|------------------------------------------------|---------------------------------------------------------------------|-----------|
| | **Boxes for Less (2BOXLES)**<br>**P.O. Box 11020**<br>**Fort Smith, AR 72917** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __2861__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,950.00 |
|------|------------------------------------------------|---------------------------------------------------------------------|------------|
| | **BSI GROUP AMERICA (3BSIGRO)**<br>**DEPT CH 19307**<br>**Palatine, IL 60055** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __1123__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,595.00 |
|------|------------------------------------------------|---------------------------------------------------------------------|-----------|
| | **CFO ProSolutions**<br>**405 Ashley Ridge Blvd.**<br>**Shreveport, LA 71106** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __0120__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$422.50** |
|---|---|---|---|

**Chair 6 Data (3CHAIR6)**
**PO Box 65237**
**Shreveport, LA 71136**

Date(s) debt was incurred _

Last 4 digits of account number  **2674**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | | **$62,769.13** |
|---|---|---|---|

**Chase Bank**
**c/o Cardmember Service**
**P.O. Box 15123**
**Wilmington, DE 19850-5123**

Date(s) debt was incurred  **Various**

Last 4 digits of account number  **5693**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card - Corporate**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | | **$204,199.00** |
|---|---|---|---|

**CIT Bank**
**a Division of First-Citizens B&T**
**10201 Centurion Pkwy N, Ste 100**
**32256**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | | **$29.00** |
|---|---|---|---|

**Clarity Diagnostics (2ClaDia)**
**1060 Holland Drive**
**Boca Raton, FL 33487**

Date(s) debt was incurred _

Last 4 digits of account number  **0152**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | | **$11,895.50** |
|---|---|---|---|

**COOK, YANCEY, KING & GALLOWAY**
**(3COOGAL)**
**333 TEXAS ST**
**STE 1700**
**Shreveport, LA 71120**

Date(s) debt was incurred _

Last 4 digits of account number  **2848**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | | **$157.85** |
|---|---|---|---|

**CRIMINAL RESEARCH & INVESTIGATION**
**15614 Dr MLK Jr Blvd**
**Dover, FL 33527**

Date(s) debt was incurred _

Last 4 digits of account number  **2938**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | | **$23,798.54** |
|---|---|---|---|

**CTS GLOBAL SUPPLY CHAIN**
**6920 BRASADA DR STE 200**
**Houston, TX 77085**

Date(s) debt was incurred _

Last 4 digits of account number  **0059**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,400.00 |
|---|---|---|---|

**DeRosa Mangold (3DERMAN)**
**200 W Hwy 6, Ste 310**
**Waco, TX 76712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **1238**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,843.00 |
|---|---|---|---|

**EC REP Healthcare Educ. (3ECREPH)**
**The Church Portland Street**
**Southport, UK PR8 1HU**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **1269**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**EEOC**
**c/o Elizabeth J. Owen**
**New Orleans Field Office**
**500 Poydras Street, Suite 809**
**New Orleans, LA 70130**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **See Sofa Question No. 7**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,650.00 |
|---|---|---|---|

**EFFECTIVE SOLUTIONS**
**13160 W BURLEIGH ROAD**
**Brookfield, WI 53005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **1300**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,325.00 |
|---|---|---|---|

**Empowered Diagnostics, LLC**
**3341 WEST MCNAB ROAD**
**Pompano Beach, FL 33069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **0071**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $127.68 |
|---|---|---|---|

**Englewood/PHILIPS (2ENGPHI)**
**Box 689788**
**Chicago, IL 60695-9755**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **1284**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,651,185.42 |
|---|---|---|---|

**Federal Trade Commission**
**600 Pennsylvania Avenue, NW**
**Washington, DC 20580**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **1/31/2023**

Basis for the claim:  **Judgment in Lawsuit (See Sofa Question 7)**

Last 4 digits of account number  **1RLW**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $103,859.31 |
|---|---|---|---|

**FEDEX FRT**
**Dept Ch Box 10306**
**Palatine, IL 60055-0306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1983**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,712.00 |
|---|---|---|---|

**FLATWORLD SOLUTIONS (3FLAWOR)**
**116 VILLAGE BLVD STE 200**
**Princeton, NJ 08540**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **2778**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,159.74 |
|---|---|---|---|

**Global Trade & Customs (3GLOBCUS)**
**1 WORLD TRAD CENTER**
**STE 160**
**Long Beach, CA 90831**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **2945**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36,187.50 |
|---|---|---|---|

**HiTech**
**316 E. Georgia Ave**
**Ruston, LA 71270**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **0084**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,903.41 |
|---|---|---|---|

**Insource(2INSOUR)**
**Henry Schein DEPT CH 10241**
**Palatine, IL 60055-0241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1416**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,900.00 |
|---|---|---|---|

**Intertek Testing Services NA Inc (2INTSR**
**PO Box 405176**
**ATLANTA, GA 30384-5176**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **3038**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,876.00 |
|---|---|---|---|

**INVERSE PARADOX**
**3 Hulme Ave**
**Johnson House**
**Hulmeville, PA 19047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **0046**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29.75 |
|---|---|---|---|

**LABCORP (2LABCOR)**
**P.O. BOX 12140**
**BURLINGTON, NC 27216-2190**

Date(s) debt was incurred _

Last 4 digits of account number  **1463**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $524.87 |
|---|---|---|---|

**LIFELOC TECHNOLOGIES(2LIFTEC)**
**12441 W. 49TH AVE UNIT 4**
**WHEAT RIDGE, CO 80033**

Date(s) debt was incurred _

Last 4 digits of account number  **1480**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,275.00 |
|---|---|---|---|

**Linkedin (3LINKIN)**
**2029 Stierlin Ct**
**Mountain View, CA 94043**

Date(s) debt was incurred _

Last 4 digits of account number  **1483**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Louisiana Dept of Justice**
**c/o Cathryn Gits**
**Public Protection Division**
**P.O. Box 94005**
**Baton Rouge, LA 70804**

Date(s) debt was incurred _

Last 4 digits of account number  _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **See SOFA Question No. 7**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,027.77 |
|---|---|---|---|

**MEDLINE INDUSTRIES(2MEDIND)**
**One Medline Place**
**Mundelein, IL 60060**

Date(s) debt was incurred _

Last 4 digits of account number  **1521**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $183.34 |
|---|---|---|---|

**MEDPLUS**
**Dept 169**
**PO Box 37904**
**Charlotte, NC 28237-7904**

Date(s) debt was incurred _

Last 4 digits of account number  **1522**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $56,825.41 |
|---|---|---|---|

**MICROGENICS CORP (2THEFIS)**
**Bank of America**
**7055 Collections Center Dr**
**Chicago, IL 60693**

Date(s) debt was incurred _

Last 4 digits of account number  **1814**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,275.00 |
|---|---|---|---|

**NHD, LLC**
**3005 SOUTH LAMAR BLVD**
**Austin, TX 78704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **0061**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,160.30 |
|---|---|---|---|

**Office Depot (3OFFDEP)**
**1708 E 70th St**
**Shreveport, LA 71105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1588**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,750.06 |
|---|---|---|---|

**ORASURE TECH(2ORATEC)**
**PO BOX 780518**
**Philadelphia, PA 19178-0518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1596**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $312.50 |
|---|---|---|---|

**PAYNE MECHANICAL SERVICES**
**7223 WEST BERT KOUNS**
**Shreveport, LA 71129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **2694**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $116.00 |
|---|---|---|---|

**PERFORMANCE PLUS GLOBAL LOGISTICS**
**-TUCKE**
**942 HEMSATH RD**
**Saint Charles, MO 63303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **2805**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $146,973.80 |
|---|---|---|---|

**Phase Scientific**
**10527 Garden Grove Boulevard**
**Garden Grove, CA 92843**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **0069**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $225.00 |
|---|---|---|---|

**Quality Sheet Metal Inc**
**946 LInwood Ave**
**Stonewall, LA 71078**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **3016**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $220.32 |
|---|---|---|---|
| | **QUEST DIAGNOSTICS (2QUEDIA)**<br>P.O. Box 740709<br>Acct# 30003941<br>ATLANTA, GA 30374-0709 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number **1666** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,541.46 |
|---|---|---|---|
| | **RED RIVER SANITORS LLC**<br>PO BOX 78329<br>ATTN ACCOUNTS RECV<br>Shreveport, LA 71137 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number **2775** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,911,000.00 |
|---|---|---|---|
| | **RK Giving, LLC**<br>401 Ryland Street, Suite 200<br>Reno, NV 89502 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **December 31, 2021** | **Basis for the claim:** **Note** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $468,931.31 |
|---|---|---|---|
| | **Ron Kilgarlin, Jr.**<br>c/o Robert W. Raley<br>290 Benton Spur<br>Bossier City, LA 71111 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Pay off of First Horizon (Iberia) Line of Credit** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,240.00 |
|---|---|---|---|
| | **Safe Health Systems (2safhea)**<br>6161 N Scottsdale Road Suite 200<br>Scottsdale, AZ 85250 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number **0160** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,417.22 |
|---|---|---|---|
| | **Smith Amundsen LLC**<br>Attn: Accounts Receivable<br>150 N Michigan Ave, Ste 3300<br>Chicago, IL 60601 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number **2240** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,100.00 |
|---|---|---|---|
| | **Society for Human Resource Management**<br>PO Box 79482<br>Baltimore, MD 21279-0482 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number **1748** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28,068.16 |
|------|--------------------------------------------------|--------------------------------------------------------------------|-----------|

**STAFFMARK INVESTMENT LLC**
**PO BOX 734575**
**Chicago, IL 60673-4575**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __3106__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $199.98 |
|------|--------------------------------------------------|--------------------------------------------------------------------|---------|

**ULINE SHIPPING (2ULINES)**
**2200 S. LAKESIDE DRIVE**
**WAUKEGAN, IL 60085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __1842__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $44,650.59 |
|------|--------------------------------------------------|--------------------------------------------------------------------|-----------|

**VERSEA Holdings, Inc.**
**c/o Joshua P. Cittadino, Esq.**
**Sanvernero & Cittadino**
**228 Maple Ave**
**Red Bank, NJ 07701**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: **See SOFA Question No. 7**

Last 4 digits of account number __0114__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,114.10 |
|------|--------------------------------------------------|--------------------------------------------------------------------|-----------|

**W.H.P.M. (2WHPINC)**
**5358 Irwindale Ave**
**Irwindale, CA 91706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __1374__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $65.00 |
|------|--------------------------------------------------|--------------------------------------------------------------------|--------|

**WESTERN SLOPE LAB (2WESSLO)**
**1197 ROCHESTER RD STE K**
**TROY, MI 48083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __1890__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $32.00 |
|------|--------------------------------------------------|--------------------------------------------------------------------|--------|

**Willis Knghton Quick Care (3WILKNI)**
**PO Box 16435**
**Loves Park, IL 61132-6435**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __1901__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,391.89 |
|------|--------------------------------------------------|--------------------------------------------------------------------|-----------|

**XPO LOGISTICS**
**29559 Network Place**
**Chicago, IL 60673-1559**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __0085__

Is the claim subject to offset? ■ No ☐ Yes

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $90.00 |
|------|--------|--------|--------|

**ZRT Laboratory (2ZRTLAB)**
**8605 SW Creekside Pl**
**Beaverton, OR 97008**

Date(s) debt was incurred _____

Last 4 digits of account number **1915**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---------|---------|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|------|--------|--------|--------|
| 4.1 | **Anne Collesano**<br>**Federal Trade Commission**<br>**600 Pennsylvania Ave, NW**<br>**Washington, DC 20580** | Line **3.33**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Associate Director for Enforceme**<br>**Bureau of Consumer Protection**<br>**Federal Trade Commission**<br>**600 Pennsylvania Ave NW**<br>**Washington, DC 20580** | Line **3.33**<br>☐ Not listed. Explain ____ | **FTC v. American Screening, LLC** |
| 4.3 | **Brady D. King, III**<br>**McNew, King & Landry, LLP**<br>**2400 Forsythe Ave, Suite 2**<br>**Monroe, LA 71201** | Line **3.10**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Dillon Lappe**<br>**Federal Trade Commission**<br>**600 Pennsylvania Ave, NW**<br>**Washington, DC 20580** | Line **3.33**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Nicholas Cartier**<br>**Federal Trade Commission**<br>**600 Pennsylvania Ave, NW**<br>**Washington, DC 20580** | Line **3.33**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Omolara Bewaji Joseney**<br>**Federal Trade Commission**<br>**600 Pennsylvania Ave, NW**<br>**Washington, DC 20580** | Line **3.33**<br>☐ Not listed. Explain ____ | _ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 20,586,715.95 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 20,586,715.95 |

Debtor name     **American Screening, LLC**

United States Bankruptcy Court for the:     WESTERN DISTRICT OF LOUISIANA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                         12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal      Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **High Speed Internet Provider**<br><br><br>**AT&T High Speed Internet**<br>**P.O. Box 5019**<br>**Carol Stream, IL 60197** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Outbound auto-dialing program to contact new and existing customers.**<br><br><br>**Call Tools, Inc.**<br>**530 Technology Drive Ste 100**<br>**Irvine, CA 92618** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Computer Network equipment, including hardware, software, and services provided by HiTech Shrevport, LLC.**<br>**40 months**<br><br>**CIT Bank**<br>**a Division of First-Citizens B&T**<br>**10201 Centurion Pkwy N, Ste 100**<br>**32256** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Cloud based Customer Relationship Management (CRM) program.**<br><br><br>**Hubspot, Inc.**<br>**25 First Street, 2nd Floor**<br>**Cambridge, MA 02141** |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5.** State what the contract or lease is for and the nature of the debtor's interest

**Ecommerce website for www.americanscreeningcorp.com.**

State the term remaining

List the contract number of any government contract

Inverse Paradox
3 Hulme Ave
Langhorne, PA 19047

**2.6.** State what the contract or lease is for and the nature of the debtor's interest

**Office Lease**

State the term remaining — **Three Months**

List the contract number of any government contract

Kilgarlin Holdings, LLC
9742 St. Vincent Ave, Ste 100
Shreveport, LA 71106

**2.7.** State what the contract or lease is for and the nature of the debtor's interest

**Warehouse Lease**

State the term remaining

List the contract number of any government contract

Kilgarlin Holdings, LLC
9742 St. Vincent Ave, Ste 100
Shreveport, LA 71106

**2.8.** State what the contract or lease is for and the nature of the debtor's interest

**Could based enterprise resources (ERP) planning software.**

State the term remaining

List the contract number of any government contract

Netsuite
2300 Oracle Way
Austin, TX 78741

**2.9.** State what the contract or lease is for and the nature of the debtor's interest

**ERP and CRM systems.**

State the term remaining

List the contract number of any government contract

Sage Software, Inc.
271 17th St NW
Atlanta, GA 30363

**2.10.** State what the contract or lease is for and the nature of the debtor's interest

**Desktop phones and web-based calling.**

State the term remaining

List the contract number of any

Zoom Phones
55 Almaden Blvd
San Jose, CA 95113

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

Debtor name **American Screening, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF LOUISIANA

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Kilgarlin Holdings, LLC** | **9742 St. Vincent Ave. Ste 100 Shreveport, LA 71106** | **First Horizon Commercial Lending** | ■ D __2.4__ <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.2 | **Kilgarlin Holdings, LLC** | **9742 St. Vincent Ave. Ste 100 Shreveport, LA 71106** | **First Horizon Commercial Lending** | ■ D __2.3__ <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.3 | **Ron Kilgarlin, Jr.** | **c/o Cary A. Hilburn Hillburn & Hilburn, APLC 220 Carroll Street Building B Shreveport, LA 71105** | **Federal Trade Commission** | ☐ D ____ <br> ■ E/F __3.33__ <br> ☐ G ____ |
| 2.4 | **Ron Kilgarlin, Jr.** | **c/o Robert W. Raley 290 Benton Spur Bossier City, LA 71111** | **First Horizon Commercial Lending** | ■ D __2.4__ <br> ☐ E/F ____ <br> ☐ G ____ |

| | Additional Page to List More Codebtors |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**  |  *Column 2:* **Creditor**

| | Codebtor | Address | Creditor | D / E/F / G |
|---|---|---|---|---|
| 2.5 | Ron Kilgarlin, Jr. | c/o Robert W. Raley<br>290 Benton Spur<br>Bossier City, LA 71111 | First Horizon Commercial Lending | ■ D __2.3__<br>☐ E/F ____<br>☐ G ____ |
| 2.6 | Ron Kilgarlin, Jr. | c/o Robert W. Raley<br>290 Benton Spur<br>Bossier City, LA 71111<br>Pledge of ASC Membership Interest | RK Giving, LLC | ☐ D ____<br>■ E/F __3.57__<br>☐ G ____ |
| 2.7 | Ron Kilgarlin, Jr. | c/o Robert W. Raley<br>290 Benton Spur<br>Bossier City, LA 71111 | VERSEA Holdings, Inc. | ☐ D ____<br>■ E/F __3.64__<br>☐ G ____ |
| 2.8 | Ron Kilgarlin, Jr. | c/o Robert W. Raley<br>290 Benton Spur<br>Bossier City, LA 71111 | Louisiana Dept of Justice | ☐ D ____<br>■ E/F __3.44__<br>☐ G ____ |
| 2.9 | Shawn Kilgarlin | c/o Cary A. Hilburn<br>Hilburn & Hilburn, APLC<br>220 Carroll Street Building B<br>Shreveport, LA 71105 | Federal Trade Commission | ☐ D ____<br>■ E/F __3.33__<br>☐ G ____ |
| 2.10 | Shawn Kilgarlin | c/o Robert W. Raley<br>290 Benton Spur<br>Bossier City, LA 71111 | VERSEA Holdings, Inc. | ☐ D ____<br>■ E/F __3.64__<br>☐ G ____ |

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**    Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$3,680,712.00** |
| **For prior year:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$34,003,514.19** |
| **For year before that:**<br>From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$17,385,873.76** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **For year before that:**<br>From **1/01/2021** to **12/31/2021** | **Debt forgiveness** | **$5,912,056.00** |
| **For year before that:**<br>From **1/01/2021** to **12/31/2021** | **Debt forgiveness** | **$311,074.00** |

**Part 2:**    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **UPS Freight (3UPSFRT)**<br>PO BOX 577<br>Carol Stream, IL 60132 | 12/19/2022 | $14,440.24 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.2. **Hilburn & Hilburn (3HILHIL)**<br>220 CARROLL ST BLD B<br>SHREVEPORT, LA 71105 | 12/19/2022 | $16,364.91 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.3. **Quality Sheet Metal Inc**<br>946 LInwood Ave<br>Stonewall, LA 71078 | 12/22/2022 | $12,366.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.4. **Cardone Ventures**<br>4800 N Scottsdale Rd Ste 5500<br>Scottsdale, AZ 85251 | 12/22/2022 | $15,866.67 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.5. **UPS Freight (3UPSFRT)**<br>PO BOX 577<br>Carol Stream, IL 60132 | 12/26/2022 | $18,689.17 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.6. **Intertek Testing Services NA Inc<br>(2INTSR**<br>PO Box 405176<br>Atlanta, GA 30384-5176 | 12/28/2022 | $9,800.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.7. **W.H.P.M. (2WHPINC)**<br>5358 Irwindale Ave<br>Irwindale, CA 91706 | 12/28/2022 | $19,393.75 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.8. **Caddo Parish Sheriff's Office Tax Dept (**<br>PO Box 20905<br>Shreveport, LA 71120 | 12/29/2022 | $108,821.75 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Property Taxes** |
| 3.9. **W.H.P.M. (2WHPINC)**<br>5358 Irwindale Ave<br>Irwindale, CA 91706 | 12/30/2022 | $19,815.06 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.10. **UPS Freight (3UPSFRT)**<br>PO BOX 577<br>Carol Stream, IL 60132 | 1/2/2023 | $6,901.41 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.11. **CIT.COM (First Citizens B&T)**<br>10201 Centurion Parkway North, Suite 100<br>Jacksonville, FL 32256 | 1/3/2023 | $6,835.77 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Equipment Lease Payment** |
| 3.12. **Azure Biotech Inc (1AZUBIO)**<br>10400 Main Street<br>Houston, TX 77025 | 1/6/2023 | $100,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.13. **Cardone Ventures**<br>4800 N Scottsdale Rd Ste 5500<br>Scottsdale, AZ 85251 | 1/9/2023 | $13,428.57 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.14. **Azure Biotech Inc (1AZUBIO)**<br>10400 Main Street<br>Houston, TX 77025 | 1/12/2023 | $100,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.15. **BIOEASY**<br>1715 CORRIGAN<br>LA VERNE, CA 91750-5836 | 1/12/2023 | $37,781.25 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.16. **UPS Freight (3UPSFRT)**<br>**PO BOX 577**<br>**Carol Stream, IL 60132** | 1/16/2023 | $7,893.05 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.17. **BioMed Resource(1BIORES)**<br>**6646 Doolittle Ave**<br>**Riverside, CA 92503** | 1/17/2023 | $7,923.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.18. **UPS Freight (3UPSFRT)**<br>**PO BOX 577**<br>**Carol Stream, IL 60132** | 1/23/2023 | $15,064.96 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.19. **HiTech**<br>**316 E. Georgia Ave**<br>**Ruston, LA 71270** | 1/24/2023 | $14,963.31 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.20. **Croft Enterprises**<br>**Minneapolis, MN 55401** | 1/25/2023 | $12,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.21. **Azure Biotech Inc (1AZUBIO)**<br>**10400 Main Street**<br>**Houston, TX 77025** | 1/27/2023 | $100,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.22. **Hilburn & Hilburn (3HILHIL)**<br>**220 CARROLL ST BLD B**<br>**SHREVEPORT, LA 71105** | 1/30/2023 | $28,704.92 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.23. **UPS Freight (3UPSFRT)**<br>**PO BOX 577**<br>**Carol Stream, IL 60132** | 1/30/2023 | $11,695.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.24. **Azure Biotech Inc (1AZUBIO)**<br>**10400 Main Street**<br>**Houston, TX 77025** | **2/1/2023** | **$100,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.25. **CIT.COM (First Citizens B&T)**<br>**10201 Centurion Parkway North, Suite 100**<br>**Jacksonville, FL 32256** | **2/1/2023** | **$6,835.77** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Equipment Lease Payment** |
| 3.26. **BIOEASY**<br>**1715 CORRIGAN**<br>**LA VERNE, CA 91750-5836** | **2/1/2023** | **$10,530.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.27. **Alltest Biotech Co Ltd (3ALLBIO)**<br>**550 Yinhai Street**<br>**Hangzhou Eco & Tech Development Area**<br>**310018**<br>**Zhejang** | **2/3/2023** | **$11,935.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.28. **UPS Freight (3UPSFRT)**<br>**PO BOX 577**<br>**Carol Stream, IL 60132** | **2/6/2023** | **$10,380.55** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.29. **ACON LABS (2ACOLAB)**<br>**10125 MESA RIM ROAD**<br>**SAN DIEGO, CA 92121** | **2/7/2023** | **$10,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.30. **Phase Scientific**<br>**10527 Garden Grove Boulevard**<br>**Garden Grove, CA 92843** | **2/7/2023** | **$25,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.31. **DB Diagnostics (2DBDia)**<br>**1420 S Mint St. D, Charlotte, NC**<br>**Charlotte, NC 28203** | **2/7/2023** | **$12,500.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.32. | **Cardone Ventures**<br>**4800 N Scottsdale Rd Ste 5500**<br>**Scottsdale, AZ 85251** | **2/9/2023** | **$13,428.57** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.33. | **Azure Biotech Inc (1AZUBIO)**<br>**10400 Main Street**<br>**Houston, TX 77025** | **2/10/2023** | **$100,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.34. | **UPS Freight (3UPSFRT)**<br>**PO BOX 577**<br>**Carol Stream, IL 60132** | **2/13/2023** | **$8,023.51** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.35. | **American Association of Clinical**<br>**Chemist**<br>**P.O. Box 6003**<br>**Mc Lean, VA 22106** | **2/13/2023** | **$9,930.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Trade Show Fees** |
| 3.36. | **CITY OF SHREVEPORT/Revenue**<br>**(3COSREV)**<br>**PO BOX 30168**<br>**Shreveport, LA 71130-0168** | **2/14/2023** | **$29,603.36** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Property Taxes** |
| 3.37. | **BioMed Resource(1BIORES)**<br>**6646 Doolittle Ave**<br>**Riverside, CA 92503** | **2/20/2023** | **$7,355.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.38. | **UPS Freight (3UPSFRT)**<br>**PO BOX 577**<br>**Carol Stream, IL 60132** | **2/20/2023** | **$9,980.30** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.39. | **DB Diagnostics (2DBDia)**<br>**1420 S Mint St. D, Charlotte, NC**<br>**Charlotte, NC 28203** | **2/21/2023** | **$11,125.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.40. **Hilburn & Hilburn (3HILHIL)**<br>**220 CARROLL ST BLD B**<br>**SHREVEPORT, LA 71105** | 2/23/2023 | $25,463.09 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.41. **Silver Spoon Agency Inc**<br>**400 Rella Blvd**<br>**Suite 165**<br>**Suffern, NY 10901** | 2/24/2023 | $15,228.73 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.42. **BioMed Resource(1BIORES)**<br>**6646 Doolittle Ave**<br>**Riverside, CA 92503** | 2/27/2023 | $20,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.43. **UPS Freight (3UPSFRT)**<br>**PO BOX 577**<br>**Carol Stream, IL 60132** | 2/27/2023 | $13,707.96 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.44. **CITY OF SHREVEPORT/Revenue**<br>**(3COSREV)**<br>**PO BOX 30168**<br>**Shreveport, LA 71130-0168** | 2/28/2023 | $7,230.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Property Taxes** |
| 3.45. **CIT.COM (First Citizens B&T)**<br>**10201 Centurion Parkway North, Suite**<br>**100**<br>**Jacksonville, FL 32256** | 3/1/2023 | $6,835.77 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Equipment Lease Payment** |
| 3.46. **UPS Freight (3UPSFRT)**<br>**PO BOX 577**<br>**Carol Stream, IL 60132** | 3/6/2023 | $7,416.53 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.47. **Azure Biotech Inc (1AZUBIO)**<br>**10400 Main Street**<br>**Houston, TX 77025** | 3/7/2023 | $100,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.48 **Chase Bank** c/o Cardmember Service P.O. Box 15123 Wilmington, DE 19850-5123 | 3/8/2023 | $25,528.70 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Credit Card Payment** |
| 3.49. **Boxes for Less (2BOXLES)** P.O. Box 11020 Fort Smith, AR 72917 | 3/9/2023 | $10,589.40 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.50. **W.H.P.M. (2WHPINC)** 5358 Irwindale Ave Irwindale, CA 91706 | 3/9/2023 | $28,407.50 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.51. **Cardone Ventures** 4800 N Scottsdale Rd Ste 5500 Scottsdale, AZ 85251 | 3/9/2023 | $15,866.67 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| 3.52. **Azure Biotech Inc (1AZUBIO)** 10400 Main Street Houston, TX 77025 | 3/10/2023 | $200,000.00 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.53. **Wondfo USA (2WONDFO)** 545 Willowbrook Centre Pkwy - Willowbrook, IL 60527 | 3/10/2023 | $11,388.12 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.54. **W.H.P.M. (2WHPINC)** 5358 Irwindale Ave Irwindale, CA 91706 | 3/10/2023 | $10,601.75 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.55. **Hilburn & Hilburn (3HILHIL)** 220 CARROLL ST BLD B SHREVEPORT, LA 71105 | 3/11/2023 | $49,999.99 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.56 | **UPS Freight (3UPSFRT)**<br>**PO BOX 577**<br>**Carol Stream, IL 60132** | **3/13/2023** | **$8,770.58** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.57 | **Kilgarlin Holdings, LLC**<br>**9742 Saint Vincent Ave, Suite 100**<br>**SHREVEPORT, LA 71106** | **1/14/2023** | **$42,174.18** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.58 | **Kilgarlin Holdings, LLC**<br>**9742 Saint Vincent Ave, Suite 100**<br>**SHREVEPORT, LA 71106** | **2/14/2023** | **$42,174.18** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.59 | **Kilgarlin Holdings, LLC**<br>**9742 Saint Vincent Ave, Suite 100**<br>**SHREVEPORT, LA 71106** | **3/14/2023** | **$42,174.18** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.60 | **First Horizons Bank**<br>**320 Texas St**<br>**SHREVEPORT, LA 71101** | **1/14/2023** | **$28,749.58** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.61 | **First Horizons Bank**<br>**320 Texas St**<br>**SHREVEPORT, LA 71101** | **2/14/2023** | **$28,749.58** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.62 | **First Horizons Bank**<br>**320 Texas St**<br>**SHREVEPORT, LA 71101** | **3/14/2023** | **$28,749.58** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.63 | **Alltests North America**<br>**15A Melanie Lane Unit 6**<br>**East Hanover, NJ 7936** | **3/15/2023** | **$10,067.52** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.64. **W.H.P.M. (2WHPINC)** <br> 5358 Irwindale Ave <br> Irwindale, CA 91706 | 3/15/2023 | $7,417.00 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ■ Suppliers or vendors <br> ☐ Services <br> ☐ Other___ |
| 3.65. **Wondfo USA (2WONDFO)** <br> 545 Willowbrook Centre Pkwy - <br> Willowbrook, IL 60527 | 3/16/2023 | $7,534.45 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ■ Suppliers or vendors <br> ☐ Services <br> ☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. See Question No. 30 | | | |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Federal Trade Commission v. American Screening, LLC et al.**<br>**4:20-CV-1021-RLW** | **FTC Claims** | **US DC for the M.D. Mo (St. Louis Div)**<br>**Thomas F. Eagleton US Courthouse**<br>**111 S 10th St #3.300**<br>**Saint Louis, MO 63102** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **AOSS v. American Screening, LLC**<br>**C-10201336** | **Business Dispute** | **Fourth Judicial District Court**<br>**300 St. John Street**<br>**Monroe, LA 71201** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **American Screening, LLC v. KKB Partners, LLC, Krazyhouse, LLC, Petal Trading Company, Inc., Fernando Campos, Michael R. Lauter and Peter S. Spenser**<br>**629,144-C** | **Business Dispute** | **First Judicial District Court**<br>**501 Texas Street, Room 103**<br>**Shreveport, LA 71101** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **EEOC v. American Screening, LLC**<br>**2:21-cv-01978** | **Employment Discrimination** | **United States District Court**<br>**300 Fannin Street, Suite 1167**<br>**Shreveport, LA 71101** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **VERSEA v. American Screening, LLC, Shawn Kilgarlin, Ron Kilgarlin, Jr.**<br>**22-CA-004902** | **Collection Action** | **Thirteenth Judicial District Court**<br>**800 E Twiggs St., Room 101**<br>**Tampa, FL 33602** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **State of Louisiana v. American Screening, LLC and Ron Kilgarlin, Jr.**<br>**623,973-B** | **Business Dispute** | **First Judicial District Court**<br>**504 Texas Street, Room 103**<br>**Shreveport, LA 71101** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:   Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:   Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:   Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Kell C. Mercer, PC<br>901 S Mopac Expy Bldg 1 Ste 300<br>Austin, TX 78746** | **Money Transferred** | **3/9/2023 -<br>$25,738.00<br>4/6/2023 -<br>$4,000** | **$29,738.00** |
| | Email or website address<br>**www.mercer-law-pc.com** | | | |
| | Who made the payment, if not debtor?<br>**Debtor** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | | | | |
| | Relationship to debtor | | | |

## Part 7:   Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8:  Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:  Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **American Screening Corporation 401(k) Safe Harbor Plan (Closed - Balances distributed in 2021)** | EIN:  **20-0619862** |

Has the plan been terminated?
☐ No
■ Yes

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Cubby Hole LA 1, LTD 1102 E. Bert Kouns Industrial Loop Shreveport, LA 71105** | **Shawn Kilgarlin** | **Old files and personal items** | ■ No ☐ Yes |

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

| Part 12: | Details About Environment Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ■ No.
   ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1. **Kilgarlin Holdings, LLC**<br>**9742 Saint Vincent Ave, Suite 100**<br>**Shreveport, LA 71106** | **Real Estate Property Lease and Management** | EIN:    **46-2808557**<br><br>From-To    **6/24/2003-Present** |
| 25.2. **BioStat Laboratories, LLC**<br>**9742 Saint Vincent Ave, Suite 100**<br>**Shreveport, LA 71106** | **Confirmation Lab Testing** | EIN:    **81-1268795**<br><br>From-To    **2/1/2016-2018** |
| 25.3. **Reveal Background Check, LLC**<br>**9742 Saint Vincent Ave, Suite 100**<br>**Shreveport, LA 71106** | **Background Checks** | EIN:    **84-4424057**<br><br>From-To    **1/24/2020-Present** |
| 25.4. **V APE LLC**<br>**651 N. Broad St., Suite 201**<br>**Middletown, DE 19709** | **Vape Product Distribution and Website** | EIN:    **88-3847470**<br><br>From-To    **8/2022 - Present** |
| 25.5. **AUTOSHOPNOW.COM, LLC**<br>**651 N. Broad St., Suite 201**<br>**Middletown, DE 19709** | **Auto Accessories Website** | EIN:    **88-4090981**<br><br>From-To    **9/2022 - Present** |

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. **Brad Herriage**<br>**9742 Saint Vincent Ave, Ste 100**<br>**Shreveport, LA 71106** | **1/26/2018 to present** |
| 26a.2. **Debra Sempter**<br>**9742 Saint Vincent Ave, Ste 100**<br>**Shreveport, LA 71106** | **4/11/2022 to present** |
| 26a.3. **Croft & Frost LLC**<br>**1413 Chestnut Street, Ste 401**<br>**Chattanooga, TN 37402** | **1/25/2022 to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    **Croft & Frost LLC**<br>**1413 Chestnut Street, Ste 401**<br>**Chattanooga, TN 37402** | **1/25/2022 to present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Brad Herriage**<br>**9742 Saint Vincent Ave, Ste 100**<br>**Shreveport, LA 71106** | |
| 26c.2.    **Debra Sempter**<br>**9742 Saint Vincent Ave, Ste 100**<br>**Shreveport, LA 71106** | |
| 26c.3.    **Croft & Frost LLC**<br>**1413 Chestnut Street, Ste 401**<br>**Chattanooga, TN 37402** | |
| 26c.4.    **Ron Kilgarlin, Jr.**<br>**c/o Robert W. Raley**<br>**290 Benton Spur**<br>**Bossier City, LA 71111** | |
| 26c.5.    **Shawn Kilgarlin**<br>**c/o Robert W. Raley**<br>**290 Benton Spur**<br>**Bossier City, LA 71111** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    **First Horizon Commercial Lending**<br>**320 Texas Street**<br>**Shreveport, LA 71101** |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐   No

■   Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1<br>.   **John Kunter, Warehouse Manager** | **Monthly** | **None Calculated** |

| Name and address of the person who has possession of inventory records |
|---|
| **Amercan Screening, LLC**<br>**9742 Saint Vincent Ave., Suite 100**<br>**Shreveport, LA 71106** |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Ron Kilgarlin, Jr. | 9742 St. Vincent Ave. Ste 100 Shreveport, LA 71106 | Mananging Member | 100% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Shawn Kilgarlin | 9742 St. Vincent Ave. Ste 100 Shreveport, LA 71106 | | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Former Officer | | | |

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Ron Kilgarlin, Jr. c/o Robert W. Raley 290 Benton Spur Bossier City, LA 71111 | Annual Salary - $100,000 | 1/1/2022 to Petition Date | Compensation. |
| | Relationship to debtor Managing Member | | | |
| 30.2. | Ron Kilgarlin, Jr. c/o Robert W. Raley 290 Benton Spur Bossier City, LA 71111 | Owners' Draw and income tax payments - $1,469,244.36 | 1/1/2022 to Petition Date | Ownership Interest |
| | Relationship to debtor Managing Member | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No

■ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| American Screening Corporation 401(k) Safe Harbor Plan | EIN:    20-0619862 |

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __April  7, 2023__

__/s/ Ronald Kilgarlin, Jr.__                        __Ronald Kilgarlin, Jr.__
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    __Managing Member__

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Western District of Louisiana

In re  **American Screening, LLC**                              Case No. _____
_____

Debtor(s)                                        Chapter     **11**    _____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Ron Kilgarlin, Jr.**<br>**c/o Robert W. Raley**<br>**290 Benton Spur**<br>**Bossier City, LA 71111** | **Membership Interest** | **100%** | **Membership** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.


Date   **April 7, 2023**                                Signature   **/s/ Ronald Kilgarlin, Jr.**
_____                           **Ronald Kilgarlin, Jr.**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders
Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

23-10350 - #1   File 04/07/23   Enter 04/07/23 06:30:49   Main Document   Pg 61 of 74

Abbott Toxicology(2ALETOX)
PO BOX 734598
Chicago, IL 60673-4598


ACON LABS (2ACOLAB)
10125 MESA RIM ROAD
SAN DIEGO, CA 92121


ADVANCED COMPUTER(3ADVCOM)
1333 College Pkwy #111
Gulf Breeze, FL 32563


AFS Logistics (3AFSOL)
PO Box 18170
Shreveport, LA 71138


AI Holdings Group, Inc
245 N Highland Ave NE STE 230-186
ATLANTA, GA 30307


ALG HEALTH
520 WEST MULBERRY STREET
Bryan, OH 43506


Alltests North America
15A Melanie Lane Unit 6
East Hanover, NJ 07936


Ally Financial
P.O. Box 380902
Minneapolis, MN 55438-0902


Altus Receivables Management  (3ALTGLO)
2121 Airline Drive
Suite 520
Metairie, LA 70001

American Express
PO Box 6031
Carol Stream, IL 60197-6031


Anne Collesano
Federal Trade Commission
600 Pennsylvania Ave, NW
Washington, DC 20580


AOSS Medical Supply, LLC
4971 Central Avenue
Monroe, LA 71203


APPTOLOGY
2135 Top Court
Folsom, CA 95630


ArcBest (2ARCBST)
PO BOX 19087
Shreveport, LA 71149


Associate Director for Enforceme
Bureau of Consumer Protection
Federal Trade Commission
600 Pennsylvania Ave NW
Washington, DC 20580


AT&T High Speed Internet
P.O. Box 5019
Carol Stream, IL 60197


ATT WIRELESS (3ATTWIR)
PO Box 6463
CAROL STREAM, IL 60197-6463


Azure Biotech Inc (1AZUBIO)
Azure Biotech Inc.
10400 Main Street
Houston, TX 77025

Binxhealth (2Binhea)
77 N Washington St f5,
Boston, MA 02114


BioMed Resource(1BIORES)
6646 Doolittle Ave
Riverside, CA 92503


Boxes for Less (2BOXLES)
P.O. Box 11020
Fort Smith, AR 72917


Brady D. King, III
McNew, King & Landry, LLP
2400 Forsythe Ave, Suite 2
Monroe, LA 71201


BSI GROUP AMERICA (3BSIGRO)
DEPT CH 19307
Palatine, IL 60055


Caddo Parish Louisiana
505 Travis Street, Suite 800
Shreveport, LA 71101


Call Tools, Inc.
530 Technology Drive Ste 100
Irvine, CA 92618


CFO ProSolutions
405 Ashley Ridge Blvd.
Shreveport, LA 71106


Chair 6 Data (3CHAIR6)
PO Box 65237
Shreveport, LA 71136

Chase Bank
PO Box 94014
Palatine, IL 60094


Chase Bank
c/o Cardmember Service
P.O. Box 15123
Wilmington, DE 19850-5123


CIT Bank
a Division of First-Citizens B&T
10201 Centurion Pkwy N, Ste 100
32256


Clarity Diagnostics (2ClaDia)
1060 Holland Drive
Boca Raton, FL 33487


COOK, YANCEY, KING & GALLOWAY (3COOGAL)
333 TEXAS ST
STE 1700
Shreveport, LA 71120


CRIMINAL RESEARCH & INVESTIGATION
15614 Dr MLK Jr Blvd
Dover, FL 33527


CTS GLOBAL SUPPLY CHAIN
6920 BRASADA DR STE 200
Houston, TX 77085


DeRosa Mangold (3DERMAN)
200 W Hwy 6, Ste 310
Waco, TX 76712


Dillon Lappe
Federal Trade Commission
600 Pennsylvania Ave, NW
Washington, DC 20580

```
EC REP Healthcare Educ. (3ECREPH)
The Church Portland Street
Southport, UK PR8 1HU


EEOC
c/o Elizabeth J. Owen
New Orleans Field Office
500 Poydras Street, Suite 809
New Orleans, LA 70130


EFFECTIVE SOLUTIONS
13160 W BURLEIGH ROAD
Brookfield, WI 53005


Empowered Diagnostics, LLC
3341 WEST MCNAB ROAD
Pompano Beach, FL 33069


Englewood/PHILIPS (2ENGPHI)
Box 689788
Chicago, IL 60695-9755


Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580


FEDEX FRT
Dept Ch Box 10306
Palatine, IL 60055-0306


First Horizon Commercial Lending
320 Texas Street
Shreveport, LA 71101


FLATWORLD SOLUTIONS (3FLAWOR)
116 VILLAGE BLVD STE 200
Princeton, NJ 08540
```

```
Global Trade & Customs (3GLOBCUS)
1 WORLD TRAD CENTER
STE 160
Long Beach, CA 90831


HiTech
316 E. Georgia Ave
Ruston, LA 71270


Hubspot, Inc.
25 First Street, 2nd Floor
Cambridge, MA 02141


Insource(2INSOUR)
Henry Schein DEPT CH 10241
Palatine, IL 60055-0241


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Intertek Testing Services NA Inc (2INTSR
PO Box 405176
ATLANTA, GA 30384-5176


INVERSE PARADOX
3 Hulme Ave
Johnson House
Hulmeville, PA 19047


Inverse Paradox
3 Hulme Ave
Langhorne, PA 19047


Kilgarlin Holdings, LLC
9742 St. Vincent Ave, Ste 100
Shreveport, LA 71106
```

Kilgarlin Holdings, LLC
9742 St. Vincent Ave. Ste 100
Shreveport, LA 71106


LABCORP (2LABCOR)
P.O. BOX 12140
BURLINGTON, NC 27216-2190


LIFELOC TECHNOLOGIES(2LIFTEC)
12441 W. 49TH AVE UNIT 4
WHEAT RIDGE, CO 80033


Linkedin (3LINKIN)
2029 Stierlin Ct
Mountain View, CA 94043


Louisiana Dep't of Revenue
617 N 3d Street
Baton Rouge, LA 70802


Louisiana Dept of Justice
c/o Cathryn Gits
Public Protection Division
P.O. Box 94005
Baton Rouge, LA 70804


MEDLINE INDUSTRIES(2MEDIND)
One Medline Place
Mundelein, IL 60060


MEDPLUS
Dept 169
PO Box 37904
Charlotte, NC 28237-7904


MICROGENICS CORP (2THEFIS)
Bank of America
7055 Collections Center Dr
Chicago, IL 60693

Netsuite
2300 Oracle Way
Austin, TX 78741


NHD, LLC
3005 SOUTH LAMAR BLVD
Austin, TX 78704


Nicholas Cartier
Federal Trade Commission
600 Pennsylvania Ave, NW
Washington, DC 20580


Office Depot (3OFFDEP)
1708 E 70th St
Shreveport, LA 71105


Omolara Bewaji Joseney
Federal Trade Commission
600 Pennsylvania Ave, NW
Washington, DC 20580


ORASURE TECH(2ORATEC)
PO BOX 780518
Philadelphia, PA 19178-0518


PAYNE MECHANICAL SERVICES
7223 WEST BERT KOUNS
Shreveport, LA 71129


PERFORMANCE PLUS GLOBAL LOGISTICS -TUCKE
942 HEMSATH RD
Saint Charles, MO 63303


Phase Scientific
10527 Garden Grove Boulevard
Garden Grove, CA 92843

Quality Sheet Metal Inc
946 LInwood Ave
Stonewall, LA 71078


QUEST DIAGNOSTICS (2QUEDIA)
P.O. Box 740709
Acct# 30003941
ATLANTA, GA 30374-0709


RED RIVER SANITORS LLC
PO BOX 78329
ATTN ACCOUNTS RECV
Shreveport, LA 71137


RK Giving, LLC
401 Ryland Street, Suite 200
Reno, NV 89502


Ron Kilgarlin, Jr.
c/o Robert W. Raley
290 Benton Spur
Bossier City, LA 71111


Ron Kilgarlin, Jr.
c/o Cary A. Hilburn
Hillburn & Hilburn, APLC
220 Carroll Street Building B
Shreveport, LA 71105


Safe Health Systems (2safhea)
6161 N Scottsdale Road Suite 200
Scottsdale, AZ 85250


Sage Software, Inc.
271 17th St NW
Atlanta, GA 30363

Shawn Kilgarlin
c/o Cary A. Hilburn
Hilburn & Hilburn, APLC
220 Carroll Street Building B
Shreveport, LA 71105


Shawn Kilgarlin
c/o Robert W. Raley
290 Benton Spur
Bossier City, LA 71111


Smith Amundsen LLC
Attn: Accounts Receivable
150 N Michigan Ave, Ste 3300
Chicago, IL 60601


Society for Human  Resource Management
PO Box 79482
Baltimore, MD 21279-0482


STAFFMARK INVESTMENT LLC
PO BOX 734575
Chicago, IL 60673-4575


ULINE SHIPPING (2ULINES)
2200 S. LAKESIDE DRIVE
WAUKEEGAN, IL 60085


US Small Business Administration
409 3rd Street SW
Washington, DC 20416


VERSEA Holdings, Inc.
c/o Joshua P. Cittadino, Esq.
Sanvernero & Cittadino
228 Maple Ave
Red Bank, NJ 07701

W.H.P.M. (2WHPINC)
5358 Irwindale Ave
Irwindale, CA 91706


WESTERN SLOPE LAB (2WESSLO)
1197 ROCHESTER RD STE K
TROY, MI 48083


Willis Knghton Quick Care (3WILKNI)
PO Box 16435
Loves Park, IL 61132-6435


XPO LOGISTICS
29559 Network Place
Chicago, IL 60673-1559


Zoom Phones
55 Almaden Blvd
San Jose, CA 95113


ZRT Laboratory (2ZRTLAB)
8605 SW Creekside Pl
Beaverton, OR 97008

**United States Bankruptcy Court**
**Western District of Louisiana**

In re   **American Screening, LLC**          Case No. _____

                          Debtor(s)      Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **April 7, 2023** _____      **/s/ Ronald Kilgarlin, Jr.** _____

                                           **Ronald Kilgarlin, Jr./Managing Member**
                                           Signer/Title

# United States Bankruptcy Court
## Western District of Louisiana

In re   **American Screening, LLC**        Case No. _____
                         Debtor(s)        Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **American Screening, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| April  7, 2023 | /s/ Kell C. Mercer |
| Date | **Kell C. Mercer** |
| | Signature of Attorney or Litigant |
| | Counsel for   **American Screening, LLC** |
| | **Kell C. Mercer, P.C.** |
| | **901 S Mopac Expy Bldg 1 Ste 300** |
| | **Austin, TX 78746** |
| | **(512) 627-3512** |
| | **kell.mercer@mercer-law-pc.com** |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy